UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHNNY BURGESS, DC# U05762,

    Plaintiff,

vs.                                Case No. 2:22-cv-00228-JBL-NPM

WARDEN SNIDER; CAPTAIN
RAMSEY; LIEUTENANT HIRSCHY;
SERGEANT CRAWFORD; SERGEANT
NESBITT; SERGEANT BASILIO; and
OFFICER KAISER,

    Defendants,
_____/

## JOINT REPORT REGARDING SETTLEMENT

Defendants Snider, Hirschy, Ramsey, Nesbitt and Crawford ("Defendants"), by and through their undersigned counsel, with the agreement of Plaintiff, Johnny Burgess, hereby file this Report Regarding Settlement in accordance with this Honorable Court's Scheduling Order, [ECF No. 63 and 82], states:

1. The undersigned and Plaintiff, *pro se,* discussed settlement many times and genuinely worked together to achieve an agreement.

2. The parties engaged in several meaningful discussions about settlement and researched multiple creative settlement options that may work for the parties.

3. Despite the diligent efforts by both parties, an agreement could not be reached.

4. The parties are both willing to attend a settlement conference before a magistrate judge, if one is ordered by the court.

5. If a settlement conference is not ordered by the court, the parties would continue with the scheduling order and proceed to trial.

6. The parties discussed this report on November 8, 2024, via conferral call and this report is filed with the agreement of Plaintiff, pro se, who is currently incarcerated.

**WHEREFORE**, the parties were unable to come to a settlement agreement but are willing to meaningfully participate in a settlement conference before a magistrate judge.

**Dated:** November 8, 2024

Respectfully Submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Jessica Schwieterman
Jessica Schwieterman
Assistant Attorney General
Florida Bar No. 116460
Office of the Attorney General
3507 E. Frontage Road, Suite 150
Tampa, FL 33607
T - (813) 233-2880; F - (813) 281-1859
jessica.schwieterman@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2024 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished via U.S. Mail to Plaintiff, *pro se*, Johnny Burgess, DC# U05762, Suwannee Correctional Institution, 5964 U.S. Highway 90, Live Oak, Florida 32060.

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General